# EXHIBIT A

# [REDACTED]

# EXHIBIT B

# [REDACTED]

# EXHIBIT C

December 12, 2022

Michael Barr
2609 West 39th Street
Minneapolis, MN 55410

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Michael Barr. I have been a friend of Joshua Streit for more than ten years and I know Josh well. We regularly eat dinner and talk about life, politics, our shared interest in business, and his love of baseball. I understand that Josh has pleaded guilty to a serious computer crime and will be appearing before you for sentencing soon, and I wanted to tell you a little about the Josh that I knew prior to his arrest, and the Josh that I know now.

For all the time I have known him, Josh has always been a little different. His filter is not the same as that of most people. For example, because of our age difference (I'm about 15 years older than him), he'll sometimes refer to me as "Dad" in a joking manner. It does not bother me because I know that he is joking and because I also know that his relationship with his actual father has not always been great. But when we're out to dinner, he'll sometimes make it a point to tell the server that I'm his "Dad". Of course, our server does not know that he's joking, so it's just a little awkward for me. Not a big deal, just something that you normally would not experience when you're getting dinner with a friend. Social queues are sometimes tough for Josh. So when he told me that he was recently diagnosed as being on the autism spectrum, it did not surprise me. In fact, I'm surprised that he's as old as he is and only now been diagnosed.

Since his arrest and pre-trial detention, and the time he's been released with monitoring, I've seen a monumental change in the way Josh acts. He talks positively about his therapy and therapist, and he seems to really be embracing it. He's really become interested in genealogy and trying to figure out his lineage since his mother passed away a couple of years ago.

One of Josh's strengths is that he always wants to build a better digital mousetrap. If a website isn't working well, Josh wants to fix it. Josh's brain just sees how data is connected, and how to access it quickly. So when he ran into brick walls in trying to research his genealogy, he decided to build a website to help others do it more efficiently, http://SherlockDNA.com.

I think that Josh is well on his way to becoming a productive member of society. I hope that you will consider this as you sentence him. I do not think spending time in prison will help Josh's metamorphosis from computer criminal to productive tax-paying citizen. Hearing about his time at

the half-way house, where he was housed with violent offenders, makes me question who he would be exposed to in prison. I think that the best way for Josh to continue changing the trajectory of his life to do good for others is for him to be sentenced to lengthy community service, providing his considerable knowledge and skills to non-profits that could better their programs. I know from experience that Josh is very skilled when it comes to solving digital problems. Several years ago I hired Josh to build an online database for my business. I now have an entire team of computer programmers in India doing what only Josh did for me. He did it faster and better than an entire team.

I know that you see criminals every day, and you must weigh all of the facts of their cases when it comes to sentencing them. I hope that you will allow Josh to continue his journey of learning how to live with autism, and contribute positively to society, outside of the horrors of prison.

I can be reached by email if there are any additional questions, mbarrmn@gmail.com.

Sincerely,

Michael Barr
(612) 720-5660

# EXHIBIT D

December 13, 2022

Sarah Smith

3600 France Ave N Apt 456

Robbinsdale, MN 55422

Hon. Andrew L. Carter, Jr.

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

Hello, My name is Sarah Smith. I am a data analyst at Hennepin Healthcare, the only safety net hospital in Minnesota, mother to Hazel the English Bulldog, and most importantly Josh's fiancé.

Josh didn't need to tell me about the case because I have been living through it for the past 14 months. I knew I would be writing this letter at some point but putting my feelings and thoughts into words is much harder than I anticipated. I know that Josh pled guilty to the computer access charge in New York. This wasn't an easy decision but I respect his decision and hope that my words can convey the feelings I have in my heart. As well as depict why Josh, even through all of this, is a good man and still the man I want to spend the rest of my life with.

Josh and I met in 9th grade. When we tell people how we met I usually just say junior high but he has to go into how I went to his baseball games, which was only because he was on the same team as my friend's boyfriend. It is important to note that because we were completely opposite back then. It has been 16 years of knowing Josh and 3 years of dating. If anyone were to have told me I would be engaged to Josh I probably wouldn't have believed them. Not that it is a bad thing just that we seemed so different but the truth is we aren't and have a lot in common. Josh always made an effort to check in on me while I was in college or living overseas. His small little check-ins made our friendship grow. I grew to love him as if over night. I was amazed by how smart he was, how he overcame so many setbacks and managed to stay positive through his life. He can make me feel like I am the only person in the world. Although I am sure he'd be content to never have to watch another figure skating competition or Disney movie for a long time he never complained and only rarely complains now about it.

I didn't know the summer of 2019 when we were talking daily, he was literally watching his mother fade away every day from cancer. We had in depth conversations that were meaningful, that made us both laugh and

think critically, there wasn't a topic off limit. I could reach him day or night, if he was busy he let me know and we would talk when he could. I knew his mother was sick but I didn't know the extent at the time. I would like to think we both found each other when we both needed it the most. Listing the ways Josh has helped me and my appreciation for him would be an ill attempt because it really is limitless. He has done so much for myself and changed my outlook on life for the better.

Over the past three years Josh has been my rock and greatest support. He helped teach me to code which in return gave me the confidence to apply for my current role as a data analyst. Every day I have imposter syndrome while I work but he assures me and lets me know I deserve to have the job and I am doing a good job. Working at a hospital during covid was one of the most trying times of my life. I can't imagine if Josh wasn't around to just tell me I am doing a good job or support me during a mental breakdown (they happen a lot when you work in tech). He helped me to not take myself so seriously and enjoy life. To see the small wins and positives in life. He was a champion for me taking control of my mental health.

While Josh was away my mental health suffered. I began drinking more than I should have. Stopped going to therapy. I stopped caring about what I was doing and thinking nothing mattered. I truthfully did not see many positives. It was a very traumatic moment in my life. A time in our lives where we had been looking at houses, celebrating our engagement and planning to expand our family was all clouded by the incident. Josh called me and wrote to me every day promising me that nothing like this would ever happen again. He did everything to assist me with my sobriety and my mental health. Every day his support while he has been home has been a gift of getting myself back on track. Once again his support has moved mountains for me.

I truly believe Josh when he says he promises nothing like this will ever happen again. This is due to the fact that giving his word or others giving their word is very important to him. He gave his word to his mother and promised he would take care of her until her last breath; he fulfilled that promise and continues to honor that promise even after she has passed. Josh and I have a 3 year old English bulldog named Hazel.She loves her father and I rely on Josh's help with her. She responds so well to him and needs his structure because I won't lie. I am a pushover and give her what she wants. He loves her and I know she would be so upset if he wasn't home with her.

We have a happy home, we have spent the past year making memories with what we have been given, but I want to move on and really begin our family. Josh and I had been trying to have a baby but that ended when this began. I am older and although it isn't unheard of to get pregnant in your late 30s we want to have several kids. If Josh went away I don't see how we could accomplish this without putting my health at risk. I have only ever wanted to have children of my own. I was adopted as a baby and grew up thinking how exciting it would be to have a little one that was biologically mine, since I never knew anyone who looked like me. We have had to put off buying a house because we don't know the future and the homes we had in mind would be more than I could afford on my income alone. We have also had to put off wedding planning due to the unknown. Besides the children aspect, a house and wedding aren't essential but it is something I have wanted since I was a little girl. I want to have that with Josh and to have the beautiful memory of my parents (who are elderly) be there to see it. My parents mean so much to Josh and me. We want them to meet their grandchildren and for our children to know them. It would be their first grand-baby (minus our bulldog). We had hoped we would have had one by this Christmas but maybe next. After the past few years of Covid and seeing my parents health each day becomes more and more precious. I feel that with Josh as well; each day is a gift and important to spend with those you love.

Even through the toughest of times and the trauma of this whole ordeal we have remained strong. I have seen Josh grow substantially this past year. He has been in different therapies and seeing a new therapist to help with his [redacted]. He has also taken on new hobbies and an overall new approach on life. I have no doubt in my mind that he knows what he did was wrong and that he would not ever dare do it again. One other reason I know that he would never do anything nefarious again is because he wants his future, together with me. We are

very open with each other, the good, the bad and the ugly. It was not an easy year. I almost lost myself, his strength to bring me back from the depth of darkness even while going through everything he was is a true testament of our love.

I hope you can see how much admiration I have for my fiancé for who he is and not what he did. This case is a dark spot on an otherwise good person. He has been through a lot in his life. His character arch is long and he learns from every mistake and every good deed he does. He cares for people equally and does not judge. It is cliche but he truly would give the shirt off his back for someone he didn't know, I know this because I have seen it. Josh truly is my best friend. Without him I wouldn't be the woman I am today. No one is perfect and we are all trying our best. Josh is a good man. He works hard, is incredibly resourceful, kind, respectful and funny. He is a little short but his personality is larger than life. He is also not the best at putting furniture together but in his defense the instructions aren't always helpful. What he lacks in furniture assembly skills he makes up for in being a genuinely good soul. I hope this letter brings some insight into Josh. I know it probably isn't much since you have never met me but if I didn't think Josh was a good person I would not have stood by his side. A lot of my mental health was due to this incident and battling with what I should do. I prayed and prayed. Seeing the changes Josh made every day and his progress over the months was my prayers being answered. I know this is the path God wants me on, with him. I hope that this will help with the court's decision. If you do have further questions/concerns or need anything I can be reached at my personal email smithsarahk91@gmail.com

Thank you so much for your time and consideration,

Sarah Smith

# EXHIBIT E

December 10, 2022
Andrew King
2360 Francisco Street
San Francisco. CA 94123
awking91@gmail.com

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Andrew King. I am a Product Manager at Faire Wholesale, Inc., where I have worked for the past three and a half years. Josh recently let me know about the charges to which he pled guilty, and he asked me to write this letter on his behalf as his friend and former employer.

At my previous company, my business partners and I hired Josh as a Software Engineer and we worked together from August 2017 through January 2019. In that time I found Josh to be a kind, helpful, and well-intentioned person. Josh was a reliable member of our team, often going above and beyond to solve problems for our customers. He was also very patient and generous with us as colleagues: on dozens of occasions Josh worked one-on-one with me—on his own time—to teach me a variety of skills and best practices that would help me become a better engineer. He once noted to me that he always wanted to be a teacher because he likes doing social good and helping people learn.

The above acts are echoed by his many good-faith contributions to the broader technology community. Josh regularly advanced "open source" software projects whose benefits were available to all and he idolized members of the community who had done the same. It is telling that one of his proudest achievements was officially contributing to the Ruby on Rails codebase, an open source technology framework that has been utilized by Airbnb, Square, Shopify, and hundreds of thousands of other companies big and small. In the time I've known him he has routinely demonstrated that he genuinely wants to help other people succeed using technology.

On a more personal level, my lasting impression of Josh will forever be the devotion, care, and dependability he displayed taking care of his mother when she was ailing. He spent upwards of 40 hours per week with her in the nursing home—in some stretches every waking minute for weeks on end—because he "[wanted] her to know she's not forgotten." He was there for her when doctors found new tumors and declared her out of options, even as other members of his family retreated from responsibility. In those moments Josh doubled down, devoting himself to his family and working hard to pay for the best possible care for his mother.

I have the utmost respect for Josh as a person and a professional. As you consider his case, I hope this letter serves to illuminate many of the qualities I admire about Josh—chief among them his kindness, generosity, and dependability.

If you have any further questions or need additional clarification, I can be reached at the email address listed above.

Thank you for taking the time to read this letter.

Respectfully,
Andrew King

# EXHIBIT F

December 12, 2022
Hunter Winey
863 Sara Rose St
Houston, TX 77018

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Hunter Winey and I am a talent acquisition partner for Sixt rental and volunteer basketball coach for the last 10 years and I am a close friend to Josh Streit.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since middle school and we stayed fairly close since then. It was to my surprise and disappointment to hear about Josh's involvement in this case. Josh has always been a helpful, funny, and most importantly a caring person to me in the time we have known each other.

Josh is someone who sees someone sad or struggling and will be the first person to pick them up and help them out. We were at a Twins game and there were a couple of foul balls that went over the head of a young fan who was only about 9 or 10. The kid had his glove and seemed so distraught that he missed out on a couple of opportunities to get a ball. I thought nothing of it, but Josh wouldn't stop bringing it up. He wanted to make a memory for this kid. He went to the merch store and bought a used in game ball and without saying anything ran down, put the ball in the kids glove and walked away. This is the kind of person I know Josh to be. The one who doesn't need any validation, just the gratification of helping others. I can't count the number of times I have reached out to Josh when I couldn't reach anyone else, like multiple times when my car was dead or stuck in the snow, struggling with interview preparation or writing cover letters, and talking through relationship problems.

I believe that Josh has seen the errors of his way and will correct his behaviors moving forward so he does not find himself in this kind of trouble again. I hope you are able to see the light in Josh and this brief letter will show you the type of person most people who know him to be.

I can be reached by email if there are any additional questions, Thank you for taking the time to read this,

--

**Hunter Winey**
**Hunter.Winey@gmail.com**
**612-236-6103**

# EXHIBIT G

December 21, 2022
Chris Howard
279 Mallard Drive
Hardyville, VA 23070

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Chris Howard and I am a software developer working to support NASA's mission to monitor and protect the Earth. This is a dream job that I would not have if it weren't for Josh.

I've been friends with Josh for about 14 years. I started informally working for Josh some time around 2013 or 2014, but Josh has always been a mentor to me. That's just who Josh is. He has an abundance of energy, is always generous with his time, and sees potential in others that they likely do not see in themselves. And Josh pushes people to realize that potential.

Josh has always pushed me to pursue my ideas no matter how farfetched or impractical they seemed. I once had an idea for an electronic poster that flipped through scenic video clips and as silly as it was, Josh took it seriously, and sat down with me to explore what I could do to start building it. The poster thing never panned out, but this was a normal kind of interaction between us: Josh being eager to help me out, while somehow managing various products and/or businesses. He never said "no, you can't do that" or "that would be too difficult." Josh built up my confidence and mentored me so that I had technical expertise to apply and work at NASA.

97% of the time Josh's character is an enormous benefit to people and arguably society, but in this case Josh misapplied his eagerness and will to do good. I hope that people will understand that Josh is truly a good person that temporarily went down a bad path. I am not writing this to speculate, but to impress upon you that Josh is a caring person whose whole career is about making life better for others. I'm sure Josh can rattle off a number of his personal projects that were oriented around helping others too, like the service to make prison phonecalls more affordable for inmates struggling to stay in touch with their loved ones. Today's unfortunate circumstances are not at all representative of Josh's character, and I really hope the court will see that. The world is a better place with Josh running around mentoring people and building things for our benefit.

Josh is mission-oriented, and I am sure that he now understands how engaging in risky behaviors like this will absolutely destroy everything he has worked for. I have no doubts that Josh has learned his lesson.

I can be reached by email if there are any additional questions.

Best regards,
Chris Howard

# EXHIBIT H

December 10, 2022
Daniel Jankowiak
4316 Gerbera Ln Apt C
Dayton, OH 45459

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Daniel Jankowiak and I am a senior software engineer and a friend to Josh.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since 2013. I was saddened to hear about the situation because Josh has always been such a generous and kind person with so much passion and energy to offer the world.

In 2013 I was pretty aimless in life. I had graduated college a few years prior, was working a job I did not enjoy and dreading a future I had no aspirations for. On a whim I decided to build a website, but had very little idea on what I was doing. Through a friend I was connected with Josh and he was my go to source for the answers to the frustrating questions I constantly ran into. He didn't know me at the time and had no incentive to spend all those hours helping me that he did. With his guidance and support I launched my website and its success started the momentum that brought me to where I am today having been gainfully employed in the software industry for the last 9 years. I can't know where I would be at now in life if it weren't for Josh's patience and kindness, but I can certainly say my life would be very different.

A few years back Josh came to me asking for help with a technology that specialize in. I was happy to help him for a change. In the end it was a pretty minor task only taking an afternoon to complete. Afterwards Josh offered to pay me, but I would not accept. After his insistence as a compromise he asked what my favorite charity was (charitywater.org) and made a donation in my name.

I understand Josh has made mistakes and is facing the consequences now. From my nine years of knowing him I have received nothing but kindness from him and have seen first hand his drive to do good on a micro level helping anyone he runs across as well as on macro level with all of his open source and charitable software projects.

I truly believe Josh is a good person and the energy, passion, and expertise he has is a net positive on the world around him. It is a shame his judgment failed him in this case and that it has come to this, but I am sure it has been an eye opening experience for him. I sincerely believe he will focus himself once more on all the good that he does.

I can be reached by email at jankowiakdj@gmail.com if there are any additional questions.

Sincerely,
Daniel Jankowiak

# EXHIBIT I

December 11, 2022
Jonathan Kurman
119 Oak Meadows Place
Ashland, OR, 97520

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Jonathan Kurman and I am the Digital Sales Manager for KTVL CBS. I am a good friend to Josh.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since 2010 through online sports duscussion forums such as Reddit and Discord. I was surprised when I heard about this legal case, because Josh have always been so considerate, compassionate, and honest online.

I have seen him move heaven and earth to continue to make a positive impact in his partner Sarah's life in spite of the limitations placed on him with his legal troubles. He reached out to his friends to send Sarah groceries and presents during her birthday, their anniversary, and when she was sick.

In our sports discussio forums, Josh interacted positively with everyone. He encouraged healthy discussion and debate, respected everyone's viewpoints, and showed a genuine interest in our friends' personal lives. Josh has been extremely active in his community, dedicating his time and resources to helping improve the lives of those less fortunate.

Professionally, he provided exceptional customer service - especially as a one man operation - for his Voicemail-to-text platform, TinyVoicemail. He was always communicative and transparent about software updates, feature implementation timelines, and bug fixes. He only charged his users enough to cover the overhead of his platform. Josh was a shining example of professional, positive online discussion.

I know that Josh will learn from this experience and correct his mistakes in a constructive way. He has expressed deep remorse for his actions.

I hope my letter sharing my positive experiences and memories with Josh acts as an effective and helpful aspect during the court's decision during sentencing.

I can be reached by email if there are any additional questions.

Sincerely,
Jonathan Kurman

# EXHIBIT J

December 2, 2021

Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

I am a friend and former neighbor of Joshua Streit. I have known him since he was a little boy, approximately eight years old. He was assigned to the same baseball team as my oldest son. Over the years they played many sports together (soccer, basketball, and baseball) and were on the same teams because we lived near each other. Our families spent a lot of time together attending games and carpooling. I knew Josh to be a fun, kind, considerate and respectful boy. He became friends with my son and played at my home as well as my son playing at his home. Our families also attended the same church. I became good friend with Josh's mother (Jeanine).

This relationship went on for many years, but as the boys got older and Josh chose not to continue sports after Junior High, and new friendships were forged in high school, our families did not spend as much time together. I found the need to take a step back from my friendship with Josh's mother as she had developed a drinking habit and it was making things difficult.

Years went by with not much contact and then I got a call from Jeanine telling me that she had been diagnosed with a brain tumor. It was at that time that I decided she needed a friend to help her deal with this and help her fight a very difficult battle. She fought for five years and lost the battle in November of 2019 at the age of 59 years old. It was hard on the family as her children were young adults and were losing their mother much too soon. Josh took it exceptionally hard as he was close to his mother, and she was his advocate. He also has a good relationship with his mother's father. He and his father didn't have the best relationship. They still don't, but Josh made an attempt to meet with his father a couple of months ago to work on repairing it. It was a start.

While his mother was sick he tried to spend as much time as he could with her. In the last year especially, Josh was there for her, trying to find ways for her to beat the brain tumor but also helping her to function daily and trying make her more comfortable. I was doing my part to keep her from being lonely because she had a hard time leaving the home. The tumor had affected her quality of life in many ways. We spent time together with her. It was evident he loved his mother. After Jeanine's death, I believe it affected Josh greatly and he was a bit lost and not sure how to move forward. Because of this, I have remained friends with Josh and have spent time with him periodically. We talk and laugh and reminisce about the past, but we also talk about things going on in the present and the future. Before this recent turn of events, he spoke of the future in a positive manner. As an adult, Josh is a generous, bright, caring person, and I believe his current connections are important enough to him that he will abide by any and all release conditions.

Thank you for your consideration.

Linda Shook

# EXHIBIT K

March 1, 2023

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Barbara J. Smith, and I am a friend and almost family of Josh Streit.

I know about the unauthorized computer access charges he pled guilty to in the Southern District of New York. Josh has asked me to write this character letter on his behalf. I have known Josh for three years, since he started dating my daughter, Sarah Smith. I actually picked up my daughter and her dog from their apartment after the FBI had raided it and was in disbelief and a bit scared.

Family has always been important to Josh and with the passing of his mom about three years ago, I saw him go through the grieving process and it was terribly hard for him. He makes sure to visit his grandfather frequently and can share stories of his mom with him. He has always helped his grandfather out with errands, groceries, etc. He has had an up and down relationship with his father but is working hard at mending the relationship as it is important to him. When COVID started, Josh made sure I didn't go out for groceries so I would order them, and Josh would pick them up and deliver them to me. As I am older, he didn't want me to risk getting sick. Josh and I share a passion for baking and share recipes and taste tests which have been fun for me. He even cooked Christmas dinner last year and it was delicious! We also share a previous cancer diagnosis….mine was breast cancer and his was colon cancer. We are in the "cancer club" together and he has shown great empathy towards me as I continue to experience the effects of chemotherapy.

Josh loves to help others and doesn't ask for anything in return. My daughter is adopted, and he was an integral part in locating her birth family and encouraging these family connections. This was a scary process for Sarah, but Josh was by her side the whole time. He has developed an app to help others find their families through DNA without charge.

Since the charges in October 2021, I have seen real change in Josh. I see remorse for what he has done as it has cost him time out of his relationship and how it has affected the person he loves most, my daughter. I see him in extensive counseling to figure out himself and how he can be a better person and to learn how to maneuver his autism diagnosis, which he has never really addressed. I don't see him doing this or anything illegal again. He has dreams to start a family with my daughter and move on and be a productive tax paying citizen and I am confident he will attain this.

I hope this letter gives you some insight into who Josh is and helpful in the court's decision during sentencing. I can be reached by email, bjsmith5550@yahoo.com, for anything further you need.

Sincerely,

Barbara J Smith

Barbara J. Smith
7250 York Avenue South, Apt 416
Edina, Minnesota 55435

# EXHIBIT L

December 12th, 2022
Stephen D Mann
600 5th Ave S
Minneapolis, MN 55415

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Stephen Mann - I am a tech and marketing executive and have led a number of startups, two of which are currently based in NYC. I am a longtime friend of Josh' and met him in my early days working in the music industry.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since 2012 and he has advised me on several technical development projects.

In the startup world, I have interviewed and worked with a large number of software developers and incredibly bright people. Josh is one of the brightest and most intelligent developers I have met in my career. **When it comes to computer system's security – he's in the top 1% in the country.**

I was so disappointed to hear about this case. What Josh did was wrong, and he's acknowledged that to me. Josh thinks differently than most people. He operates differently. While I understand and fully respect the justice system, if someone had a unique ability to identify major security vulnerabilities in a nationwide system – I strongly believe we are all better served identifying ways to work WITH that person to properly secure our data than incarcerating non-violent individuals with unique abilities.

I appreciate the opportunity to write this letter on Josh's behalf. I strongly believe that incarceration of any amount of time is a disservice to Josh, his talent, *and* the victim(s) in this case. Everyone is better served having a bright mind like Josh's working daily to create technology that better serves all of us.

Please feel free to contact me if you have any questions.

Sincerely,

*Stephen Mann*
CMO – FPS Lounge
Co-Founder – SUS Inc.

Contact:
*Cell: 952-356-4846*
*Email: stephen@fpslounge.com*

# EXHIBIT M

December 23, 2022
Serhii Bilyk
Nieuwe Looiersstraat 96
1017VE
Amsterdam
The Netherlands

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Serhii Bilyk, and I am writing to you as a student and a friend of Josh Streit. I have known Josh for the past 2.5 years, and during that time, he has become a dear friend to me.

When I fled from the war in Ukraine, I was left with nothing and struggled to make a new life for myself in Amsterdam. During that difficult time in my life I couldn't possibly work for many weeks, and Josh went out of his way to help me keep my job. His support and encouragement were invaluable during this time, and I will always be grateful to him for his kindness. Josh's selflessness and caring nature have been a constant source of inspiration to me, and I believe that he has made a significant impact on my life and the lives of many others.

In addition to helping me during my time of need, Josh has also taught me a great deal. He has been a patient and encouraging mentor, and his guidance has helped me grow both personally and professionally. I believe that Josh has a unique ability to inspire and motivate others, and I have no doubt that he will continue to make positive contributions to society in the future.

Based on my experiences with Josh, I believe he is a good person who has made a mistake. I have faith that he will use this experience to correct his mistakes in a constructive way. I hope that my letter, along with those of others who know Josh, will provide the court with a better understanding of his character and his many positive contributions to society.

If you have any additional questions or would like further information, please do not hesitate to contact me.

Thank you for your time and consideration.

Sincerely,

Serhii Bilyk

# EXHIBIT N

December 8, 2022
Clyde Marl
35 Wisconsin Ave
Delmar, NY 12054
marl.clyde@gmail.com

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Clyde, I'm the Head of Engineering at a seed stage software company and a former colleague and friend of Josh.

Josh made me aware of the unauthorized computer access charges he pled guilty to in the Southern District of New York, and asked that I prepare a character reference letter. I'm happy to write you to give a more complete story of Josh, as a friend, and a co-worker.

I had the pleasure of working with Josh early in 2020, on a team together at AdQuick. Over the years I've managed and worked with many people, but Josh is among the most intent to improve the skills of people around him. On at least a dozen occasions, in the time we worked together, he went out if his way to share his expertise, always with a friendly explanation, to help me out. He was always quick to offer that same helping hand to the other team members as well. From the few months I've worked with him, I was able to improve as an engineer faster than ever before in the past, and for that, I'm still thankful. Even now, over a year since we were on a team together, we still keep in touch, and I can always count on a good laugh, and good advice.

I believe Josh is the type of person who sticks to his word and learn from his mistakes. As good as Josh has been at offering his advice over the years, he's been even better at accepting advice of others. Josh has the potential to accomplish great things and I hope what I've written here shines some light on his character, and overall integrity.

If you have any questions, I can be reached at the email address above. Thank you for taking the time to read this today.

Respectfully,
Clyde Marl

# EXHIBIT O

Dear Judge,

I am writing to you to provide a character reference for my friend Josh. I have known Josh since 2020 when we worked together developing software at AdQuick.

Josh is one of the best software engineers I have worked with. The main thing I can tell about his work is that he is obsessed about doing things both the right way and the best way. Of course we disagreed on what is right and best, but we were able to do amazing work nevertheless. When he left AdQuick to work for Angelist, he wanted me to leave too, because AdQuick offered him more than what I was making. I told him he shouldn't bother with that, since he was a better programmer and deserved to be paid more. He even referred me to Angelist but I ended up not going. He was not satisfied though, and managed to get me one of his freelance clients.

I am aware of Josh's current situation and the allegations against him as made by the Government. While I cannot speak to the specifics of the charges against him, I can attest to the fact that this behavior is not indicative of Josh's true character. I believe that he made a mistake, and I have no doubt that he will learn from it and do better in the future. I'm writing this letter to provide a distinct story on who Josh is, as a person who worked close to him.

I appreciate this court taking the time to read my words and hope that you will take them into consideration as you deliberate on Josh's case. Thank you for your time and attention.

Sincerely,

Luiz Fernando Signorelli Gonçalves
Av Israel 1163
Uberlândia - MG - Brazil
+55 34 996630346
luiz.sg@gmail.com

# EXHIBIT P

Edward Day-Fratto
1380 Sterling Place
Brooklyn, NY, 11213
415-471-0224
tdfratto@gmail.com
12/7/2022

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Edward Day-Fratto and I am the Director of Product at AdQuick. I used to manage Joshua as a software engineer and I have known him for over 2 years.

I'm aware of the charges Joshua pled guilty to in the Southern District of New York. Because of this, I've felt compelled to write this character letter on his behalf. I have known Joshua since he joined our team at AdQuick and we worked together very closely. I was disappointed to hear about the case as I've always found Josh to use his technical skills for good. As an engineer he jumped at every opportunity to mentor and teach both junior and senior engineers alike.

One story that comes to mind is the Building out of the AdQuick product for Small and Medium Businesses (aka "SMB"). Josh was the technical lead on this project and in preparation he had to make a few sizable architectural changes to the platform. Most engineers would quietly do this work and move on, but Joshua made it a point to bring the entire team together for a discussion regarding the changes and to explain the 'Why'.

While this may sound small, this perfectly exemplifies who Josh is. He is the type of person that would go out of his way to help improve the people around him. He truly cared about the team he was on and would always do extra work to make them better. This approach of explaining the 'Why' behind technical decisions is something we still institute to this day, with great results.

Beyond the technical side of things he is one of the funniest and positive individuals I've ever had the chance to meet. Working with him was always a pleasure because he kept a positive attitude.

I hope this letter gives a good perspective of who Joshua was as a co-worker and a friend.

Thank you for taking the time to read my letter and I hope it helped paint a more complete picture of who Joshua is.

I can be reached by email if there are any additional questions.

Respectfully,

Edward Day-Fratto