March 3, 2023

Sarah Smith

3600 France Ave N Apt 456

Robbinsdale, MN 55422

Hon. Andrew L. Carter, Jr.

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

I am writing this letter to provide updates from my original letter dated December 13, 2022. A lot in my life has changed since I wrote the original letter which I believe is important for the court to consider.

In winter of 2016, I started drinking to cope with many issues. One of those issues was a recent breakup that was traumatic. I didn't know how to handle it and I took it out on myself. I once called my mom while I was bleeding out in a hotel room having drank two bottles of vodka, and I needed to be brought to the hospital. As a result I was diagnosed with Bipolar Disorder and Borderline Personality Disorder.

I didn't openly share that this happened on social media and I kept it to myself. Josh had noticed my post cadence was a bit off and he nudged me with a message saying something along the lines of "haven't heard from you in a while, what's been keeping you busy?" I played it cool as if I was in control and went back to my usual routine of posting on social media so as to not sound the alarm.

The years that followed, my drinking became worse, but now to the point where I wasn't going to openly bleed out in a hotel room. I would self-harm in my own confines in a way that I thought was manageable and acceptable. I was enduring a lot of pain and I didn't know how to handle it. Despite having worked in the hospital system I didn't believe that they could solve my issues. They would medicate me and it would make me feel uncomfortable. I didn't share with them that I had a drinking problem because I didn't think I had a drinking problem. I didn't think I had a problem either, I thought everyone else was a problem. This is despite people telling me that my drinking was a problem, of course.

When I first started dating Josh, my drinking slightly decreased, but only because he wasn't one to go out and party like so many of my friends did – or people who I thought were my friends – and when he would enjoy a cocktail, he was very mindful of his consumption. "One and done", and "it's a social lubricant" were his mottos. I didn't know it at the time, but his mother had struggled with alcoholism and he had seen how it destroyed people. I knew I could become a little problematic with my drinking so I tried to keep my cool, but it

was hard for me to keep my cool because he made me so anxious (but in a good way) and I knew I needed to keep it together. It was contradictory.

COVID hit a month after we started dating, which did absolutely nothing for anyone's mental health, especially my own. I had to get internet at my own apartment which wasn't going to be possible precisely *because* of the pandemic, so naturally I used Josh's every day. As I said in my previous letter, I work at the only safety net hospital in Minnesota as a data analyst. We rely on grants and public funding to provide our community with healthcare. As you can imagine, COVID was not kind to the working environment for hospital workers, and though I wasn't on the front-line, I was tasked to do everything we needed to in order to make sure the front-line workers were successful.

Every day I would hear about this dooming pandemic. I had genuine feelings that we were all going to die, that my parents were going to die, that Josh was going to die. I fell for Josh so quickly partly because of his ability to help me keep my cool and I started to form back to my normal self without the drinking problem. But with the stress of the pandemic, the drinking started again. And this time it got worse.

I don't know if you have ever known someone who struggles with alcohol, but it is an awful disease. You blame everyone else for your own actions. You pretend like it's not a big deal. You ignore and deny how it negatively affects yourself and the world around you.

Josh did what he could to try to help me. He said that he would go to AA meetings with me. He got me resources for self-help. He offered to pay for any treatment, inpatient or outpatient. He told me that if I needed to go away for treatment for a month or two that he would make sure that my bills are paid, including the stupid online shopping bills. He just wanted me to be better. The problem was me, and that I refused to believe that I had a problem. I thought that *he alone* thought that I had a drinking problem, or that he was hypersensitive to me drinking because of his mother being an alcoholic. The reality was that I burned bridges with friends, my mother and father had expressed their concern. I once received a message from my mother saying that she didn't want me to call her if I had been drinking. Every time I would call my mother it wasn't hello but "have you been drinking?" to which I would so often lie. I was the problem and I was in deep denial.

It began creeping up on me. I would order alcohol for delivery and drink it without it ever being in the apartment (at least as its branded contents). The time I would start drinking went from 6PM to 5PM to 4PM to 11AM. It was bad, and really scary. I thought I could sneak it by Josh, and while I knew I couldn't - he always was able to spot it despite my efforts, and I of course would gaslight him - I couldn't help myself.

One day in November of 2020 I took Josh's car to go shopping. Josh loves his cars and takes very good care of them, even his 2008 Infiniti. I told Josh that I was going to go to Target and The Container Store. I didn't. I went to drink with some friends, and then I sat in a parking lot and drank some more. I was gone for 8 hours when I told Josh I'd be gone for 2. He knew something was up right away. I came back and I stumbled into the apartment and he asked if I had been drinking. I said no. He asked where the bags from Target and The Container Store were. I said I didn't buy anything. He asked me to be honest, and that it was important just to be honest. I said I was being honest, and that I didn't appreciate being treated like I was a liar so I was going to leave again. So I grabbed the keys to his car and made my way to the door. I was trashed and completely unable to drive, and at this point I am ashamed to admit I don't know how I made it home.

A fight for the keys broke out. I punched and kicked and screamed at Josh. I threw things at Josh. Josh tried to restrain me from hurting him and from potentially hurting others by drinking and driving. I didn't want to call an Uber because my phone was dead. I just wanted to go back and drink some more because that's all I knew. At some point, the neighbors beneath us called the cops. When they showed up, they saw bruises on my wrists from the consensual sex Josh and I had the night before. I had a scratch on me from him, sure, but it wasn't like he was trying to hurt me but instead he was trying to save me. Josh was fine with letting the cops in because he thought that it would be a good wakeup call for me. There was one particular cop who fed me

leading questions, asking "are you sure that's how it happened, and it didn't happen like (fill in the blank)?" to make Josh the bad guy. When they put the handcuffs on him, I told them that I didn't want him to be arrested. I told them that he did nothing wrong. He had a busted nose and bloody lip and was scratched to bits, and I wasn't the one being arrested.

Instead of going to trial and having to have me go on the stand (I am a naive girl from the suburbs of Minnesota with a fear of court), he pleaded guilty to disturbing the peace and was put on probation – specifically so I wouldn't have to bear the stress of any courtroom. One of his conditions was to complete an anger management course. Because it was COVID, he found an online course that was accredited, completed it within 2 months of pleading guilty (even doing the 52 hour course instead of the required 36 hours) but his probation officer said that he needed to do an "approved" course and that online-only courses weren't allowed. All the "approved" courses were all online anyway because it was COVID. Needless to say, this got dragged out far longer than it ever needed to be, and this blew out of control far more than it ever should have. I should have been arrested and charged in the first place. Josh was the victim. I was the assailant.

Obviously, my drinking was a regular cause of strife between us, and resulted in so much pain on him while he was supposed to be processing the passing of his mother. A few months after his arrest in November of 2020, he convinced me to enter DBT after a particular fight we had – which of course was about me drinking during the day while working and denying it, and his disappointment in me doing it and how he was hopeful that I'd stick to my sobriety plan, and then me gaslighting him and saying that he was the crazy one, and him somehow keeping his cool and saying that he wasn't able to tolerate being lied to and that it was fine to be honest.

DBT showed signs of helping me understand my behaviors but I was lazy in doing my "homework" for it, so Josh made me an app just for me that was much more usable than the worksheets I was given. That app helped me so much. I had 30 days of sobriety at one point. I thought I could handle a drink. But then back to my normal issues.

When Josh was in the halfway house, I hit rock bottom – of course because I didn't have my rock. I could say that even when he was a free man that he didn't help, but he kept me from the depths of deep trauma so many times that it would be impossible for me to describe them all. I am ashamed to admit what transpired when Josh was away. I am surprised to still have my job. I am surprised to still have a home. I am surprised to still have a fiancé. My bank account hit $0, and despite Josh making minimum wage, having just spent money on legal representation for his case, despite me being absolutely awful to him, he made sure that my rent was paid and that I had money for our dog's food and money to live, even though it was the last money he had.

When Josh was released from the halfway house, things didn't magically get better. He had to see the "new" me, and that "new" me was rock bottom. Josh and I would have regular talks about my drinking but I was never able to keep it under control. I was still in denial. He tried everything, but I kept at it with the sneaking and hiding, and avoiding, and "secret shopping", and the like.

In September of 2022, Josh shared with me a story about his mom. It made me realize the pain that my drinking was causing, and the pain my drinking was hiding. From then on, abstaining from drinking got… easier. I still had cravings, headaches, tremors, sleeping problems, irritability, and every other symptom under the sun. But I wasn't drinking at 11AM anymore, and I wasn't drinking at 3PM anymore either.

It still wasn't good enough, and I was afraid of losing Josh, and losing myself in the process. I would tell Josh that I reached out to therapists and then see them but we'd never talk about my drinking. I did this to buy time, as if I had infinite time to reach and maintain sobriety to be in a stable place while I had my rock available to me. The truth is I didn't, because I didn't know what was going to happen at his sentencing.

As of January 18th, I am in intensive outpatient therapy three times a week for a total of 10 hours each week. I go to AA two times a week with Josh by my side. I owe this all to Josh, and as awful as it sounds… he is my

rock. He is the reason why I was able to get help. He is the reason why I am stable. He is the reason why in my recent performance review that I received the highest positive rating that my employer can give out. He is the reason why I am finally happy.

He is the reason why, as I write this to you, it has been 61 days since I last had a drink.

I wasn't able to include this in my first letter because I was still ashamed of the point that I was at. I was better, but I was not proud. I like myself better now. I am the best I have ever been. I am a new me and it's been seen by everyone around me, regardless of if they know the entire story.

Truthfully, I owe all of this to Josh, and if I'm allowed to be frank I am still terrified for my own future, let alone his. I know that I still don't have the strength to do this alone, and without Josh by my side I am deeply, desperately afraid of what might transpire despite my support system existing as it is, Josh is the ultimate friend, companion, and cheerleader. Josh, despite his own battles, gives me his strength while braving his own fears, which brings me to my next point:

Josh, with his Autistic Disorder, struggles to function like a normal adult. I wasn't sure how to put this in my first letter, just as I wasn't sure how to put my battle with alcoholism in. I was raised in a family where we don't talk about our problems, and don't air dirty laundry, and a lot of what Josh and I go through are highly stigmatized. I was taught that if you ignore things they'll go away, and I tried that for so long. Since beginning therapy, I have learned the opposite is true: talking about your problems is how you can learn to cope with them, and learn strategies to minimize them, if not completely eliminate or move past and through them.

[redacted]

I have learned to be overly literal with him to explain my needs. "I need you to help with laundry" is not good; "I need you to gather your shirts from the hamper so that we can put them into the washing machine tonight at 9PM and have it run overnight" is precisely what I need to say. "Take the dog out" results in going on a walk; "take the dog out, make sure she poops and pees before coming back up" instead. "You smell", of course, doesn't mean what you think it does – it could mean "you smell good" to him. "You're getting kind of stinky. You need to shower, go shower now."

If there are people arguing in public, Josh's first instinct is to go try to help. This has resulted in him getting assaulted more times than I can count. He was just trying to keep everyone's lid from popping off.

Josh has also learned that if someone banishes a gun it's probably not a good idea to intervene, either, but even then I have heard him say in response "it's probably not even loaded."

Yes, I am sorry to say, it is indeed this literal and this has indeed happened. Three times. You would think he would learn…

[redacted]

[redacted]

I hope that Josh's commitment to putting the best interest of others before himself, even when he knows that it isn't the popular thing to do or something that will be of benefit to him, because everyone knows that having "the talk" with an alcoholic is a net negative that can spiral out of control as I've described here… I hope that you can consider these to be quality traits, and traits of the best person many people will ever know. I hope that the activity that brought Josh before you doesn't define him, as he has throughout his life done so much good for others, even when it meant putting himself in harm's way. He truly is a gift to everyone he interacts with if they give him the patience and understanding that he so deserves for doing so much good in this world.

If you have any questions I can be reached by email at smithsarahk91@gmail.com or by phone at 612-558-2490.

March 6, 2023

Julian Streit 2405 Westcliffe Drive Burnsville, MN 55306

Hon. Andrew L. Carter, Jr. United States District Judge Southern District of New York 40 Foley Square New York, New York 10007 Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Julian Streit and I am Josh Streit's father. I learned about the charges from my cousin before Josh had a chance to tell me, but he did share with me that he ultimately pleaded guilty to unauthorized computer access charges in the Southern District of New York. He asked if I would be willing to provide a character reference for him. While I was very sad to learn of the criminal charges, Josh is still my son. Josh and I have had a relationship, I am not sure how I would describe in its early years or even when my son was a young adult. Josh has always faced some internal battles ever since he was a child. This has carried over into adulthood. But, as an adult, we would touch base occasionally though not spend a lot of time together, though he was very active with his mother.

Around the summer of 2019, that changed, Josh reached out and tried to work through past personal issues. We spent time at the cabin together and enjoyed talking about sports and our shared love of sailing. In the latter-half of the summer of 2019, the health of my son's mother Jeanine, my wife, took a drastic turn for the worse. Josh called me the second week of August of 2019 while I was at the cabin saying that he was calling an ambulance because of her condition at the time. He said he was with her, and she was unable to get herself off the floor. He often would surprise her in the mornings he would bring over breakfast. This time he surprised her only to find her in a dire state. She passed away a little more than two months later. For the period between when she went to the hospital that day and when she ultimately passed away. Josh was with her often around the clock from dusk until dawn whether that was to provide her company, to provide her comfort, to provide her care, or to be her advocate.

Throughout Jeanine's battle with cancer, my son was her biggest advocate and loudest voice. He was always pushing for her to receive the best care and the correct care. One memory I have of Josh is when Jeanine took a big step backwards after she had entered hospice. Josh had diligently noticed that she wasn't being dispensed the proper medication, particularly the steroid that kept her brain swelling down. Josh then further stepped up his commitment to his mother and ensured that she was being dispensed the proper medications each day and at the correct time of day.

I have always known Josh to be extremely generous of his time and resources. He will go above and beyond to make people feel special and never expect or accept any acknowledgement in return. For his mother's last birthday, two days prior to her death, he adorned her room with balloons, streamers, what must have been a half-dozen plants, lots of flowers, and cupcakes for the entire nursing home staff and everyone that would come through that day. I am unsure how he got it all in his car. Unfortunately, the day before was the last day that she would be awake, and she wouldn't be able to appreciate how he decorated her room that day. I know that she would have loved to see it.

The death of Josh's mother was hard on the family, but my son appeared to take it particularly difficult. Prior to his mother's health declining, he was very close with his sister. However, towards the end, there was conflict between him and his sister which caused a lot of strife. Though this is not something unique to our family, as death is a very complex thing for every family, this is something I know he takes full

responsibility for and that he greatly misses his relationship with his sister. Josh was very close to his mother and was always her biggest supporter as illustrated by the stories above. They shared a love of baseball, of sport, of nature and the outdoors, and of cooking. When she was diagnosed with brain cancer, he would always be with her at the hospital, and they would be watching the local sports teams play. If there were no games on, they would be watching cooking shows. Josh tells me he spends most Sunday mornings at her resting place, dropping off flowers and watering those of others, acting as a de facto groundskeeper. He purchased the niche next to hers the day after she was laid to rest. When Josh says "oh, I know", I cannot help but laugh because he has the exact cadence of his mother when he says it. He really is his mother's son, and that is kind, caring, considerate understanding, and patient with others.

[redacted]

We spent many evenings together at the cabin this past summer talking about life or reminiscing about his mother. We now try to get together ever few weeks and talk a few times a week. As a recent retiree, I look forward to spending time with him each week, making up for lost time, and continuing to build our relationship. We are hoping to go on a canoe trip together.

I know josh to be generous, kind, hard-working, and determined. I know he is working on a better understanding of himself, and I have seen positive effects from the therapy he started in August. He speaks very positively about it, and I hope he is able to continue. It is long overdue, and despite his struggles as a child, teenager, young adult, and even as an adult, I can say that Josh really is taking it in stride. I hope that the courts can see past his mistake and look at the person that is in front of them today and not define him by what he has done but the things he continues to do for others and take these things into its decision regarding sentencing.

Thank You

Julian Streit

**INTERSTATE MARINE TRANSPORT LLC**
**125 HERITAGE CR S**
**BURNSVILLE, MN 55337**
**612-328-3333**

MARCH 7, 2023
Edward R Doyle

Hon. Andrew I Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: United States vs Josh Streit

Dear Honorable Judge Carter,

[redacted]

[redacted]

Sincerely,

Edward R Doyle

March 6, 2023
Edd Koval
4800 Ne 118th ct
Vancouver,Wa 98682

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Edd Koval and I am an aspiring writer. I am a friend to Josh.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since 2018 and we met each other through mutual friends. When I heard about this case I was incredibly shocked and troubled because I have always known Josh to be a caring individual who puts his friends and those who rely on him first. Josh has been a positive influence in my life and the lives of many that I know.

Back in the summer of 2018, I was attending university while living and working in an apartment near my campus and my car was stolen. At the time I was a delivery driver, my vehicle was my sole source of income as well as transportation. I was taking summer classes and paying my way through school as a first-generation American and the first member of my family to go to college. The loss of my car was painful but thankfully the police were able to locate it within a few days, albeit with some damage and the loss of my possessions, most importantly my laptop which had all of my school work on it. When I told my friends about it, they were all devastated for me but none could offer assistance. I had only known Josh for a short amount of time at that point, but he quickly found a laptop that he had and sent it over to me. His willingness to help out someone who he had no reason to meant a lot to me. Not only did Josh send me a laptop but he also sent me money for food since I had to spend money getting my car repaired. His selflessness was remarkable and I cannot speak to it enough.

I believe that Josh is more than capable of correcting his mistakes in a constructive way. Since the moment I have known him he is a person who is willing to go the extra mile for those who need it and act with selflessness and compassion. I hope my letter is able to help Josh and his case in a constructive way and will be helpful for the court in deciding sentencing.

I can be reached by email if there are any additional questions.

Sincerely,
Edd Koval

March 7th, 2023
Gabrielle Schloner
4450 Highway 25
Buffalo, MN 55313

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Gabrielle Schloner and I am a friend to Josh.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since 2018 and we met via my cousin. Hearing about what has happened to Josh was shocking and disappointing as he has always been a helpful and loving friend to me.

Josh has always been a great friend to me. He's a friend that is there no matter what, day or night. One very special part of Josh is, he expects absolutely nothing in return when he goes out of his way for you. In 2019 I became sick to the point going to work was becoming a challenge. When I informed Josh of how I was feeling I began receiving Spa gift cards, Whole Foods gift cards, my favorite meals delivered to the office… Anything that could have made my day easier or made me more comfortable, Josh did without me even asking. He is always checking in to see how I am doing and offering kind words to help get through the death of family members. I don't see Josh as often as I use to, but I always know he's a quick text away. Josh is always down for a good time or grabbing a delicious meal at his favorite restaurants or new hot spot in town.

I believe Josh has/will learn a lot from the situation he has got himself into. He will take this experience and use it to better himself and make better business decisions in the future. He's amazing at what he does and I'm positive he will use his skills to help business and build platforms that can help change or benefit users lives for the better. I am extremely hopeful this letter corresponding to Josh and Josh's case acts as an effective and helpful aspect during the court's decision during sentencing.

I can be reached by email if there are any additional questions.

Thank you
Gabrielle Schloner

March 6, 2023
Braeden Zens
1713 james pl
Burnsville, MN 5547

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Braeden Zens. I am a graduate of bachelor in science of sociology and corrections from Mankato State University and currently a teacher in the resource program at Burnsville high school. I am a friend to Josh.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since we were in 7th grade and we met in 7th grade of junior high. I was disappointed by hearing about the case, because I have always been in awe of how not only intelligent Josh is, but how kind he can be as well.

In the years I have known Josh we have spent quite some time together. In junior high Josh was extremely smart and quite funny. We had an assignment in 9th grade English class where we had to convert a Shakespeare play, or rather a scene from one of his plays, into a more modern scene. We were required to have a partner. Josh and I were not partners unfortunately, but I remember josh specifically joined up with a boy who usually struggled in that class. Josh did this in order to help this boy because the class came a lot easier to him, and he generally was just a nice guy and liked to help people. They did the Romeo and Juliet on the balcony scene and it was one of the most memorable moments from any class I had that year because it was amazingly written. It made the entire class laugh and actually pay attention to something that we usually found to be quite boring. Also I do remember Josh always helped me study for vocabulary tests and I honestly do not believe I would have made it through that class without him.

After high school Josh and I stayed in touch despite both residing nowhere near one another. Josh was very good at staying involved in my life despite rarely seeing each other for some time. Whenever I needed any type of advice or help Josh was there for me. When I graduated college he was the one that taught me how to write a resume in order to get what I used to jokingly refer to as a big kid job. I was terrible at doing something that would brag about any of my accomplishments and Josh helped me overcome that fear. Years later I am still using what Josh helped teach me and I now have a job that I love.

When Josh and I finally lived closer to one another again I was able to spend more time with him. One year Josh took me to a baseball game. Josh is an avid baseball fan, a love that he got from his mother. We attended a game and a fly ball flew into the stands. There was a child that was seated right by us that was very excited about this and went to get the ball, but unfortunately an adult got the ball instead. The child looked absolutely devastated, and I realize that sounds dramatic, but he truly looked so terribly sad it was disheartening. Josh could see how sad the boy was and told me he would be right back. Josh came back with a baseball that he bought from a stand in the stadium and rolled it by the kid. The boy was so excited and you could tell this act of kindness from Josh completely brightened his day. The boy's mother saw this and looked as if she was going to cry (tears of joy) because the boy was so happy.

A few years ago my dad, my favorite person, passed away.. My dad passing was the worst thing that I could imagine ever happening to me and when it happened I was lost. Even worse, many of my friends and family members seemingly disappeared out of my life. It felt like a lot of people didn't want to deal with me or did not know how to talk to me after this happened. It became extremely apparent on the first birthday I had after his passing. Every year, when I lived in the area, I had a rather large turnout for my birthday. We would all meet somewhere and it was a great time, however this year, it was different. I had about 4 friends attend and one of them was Josh. He stayed out all night with me and even ensured that I made it home safely. He took an uber with me to drop me off at home and then went home himself. He paid for this uber as well. I was an emotional mess that night and Josh was and remains to be one of the few people that stuck by my side.

Josh is one of the most intelligent people I know, and just from that alone I believe he is smart enough to not repeat the same mistakes. I believe if given the opportunity Josh will turn his behavior around and use his intelligence for something good. I truly hope my letter depicting Josh's character can be a helpful aspect during the court's decision during sentencing.

Thank you kindly,
Braeden Zens

March 4, 2023
Sidney Downing
1511 Utica Ave
St Louis Park, MN 55416

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Sidney Downing. I am a friend and neighbor to Josh.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since last summer and we are neighbors, so I am around him often. I was disappointed to hear about the case, because every interaction I have had with Josh has been one of honesty, kindness and reliability.

Josh is always a friendly face in the hallways, a helpful hand to everyone around us without having to be asked, and has the utmost respect for those around him and our community. He has such a kind heart, and is someone we can all count on to be present and supportive in any situation.

I know in my heart that Josh will continue to correct his wrongs, and continue to be one of the most intentional, honest and kind individuals I have lived next to. I hope my letter corresponding to Josh and Josh's case, acts as an effective and helpful aspect of who he truly is during the court's decision sentencing.

I can be reached by email if there are any additional questions.

Thank you,
Sidney Downing

March 3, 2023
Catherine Olson
Wayzata, MN 55361

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Catherine Olson. I am currently a homemaker and mother of two, and a former nurse. I have known Josh since our teenage years and I consider Josh to be a very important person in my life. I heard of Josh's recent legal troubles and I reached out to him asking if there was anything I could do to help. He said that I was welcome to write a character letter on his behalf. While I was very disappointed to hear about Josh's legal troubles, I was proud that I would finally be able to tell the story about how Josh alone changed my life.

I have witnessed Josh's transformation from being a lost restaurant worker lacking a personal identity to being a proud and confident software engineer. There aren't many constants between those two times, but the one that sticks out is his kindness for others.

A decade ago I was in a severely abusive relationship. When things would get bad the person I would vent most to was Josh. He has always been easy to talk to and easier to confide in because you just don't feel judged by him. He has an open heart for everybody.

There was one night that the person I was dating at the time was treating me particularly badly. To make matters worse, I was four hours away from my home at his family cabin. It was just the two of us. At one point, things got so bad that I was desperate to leave, but I couldn't because we had only taken his car and I had been drinking. The guy I was with wasn't going to drive me home, but I was desperate enough to if I had the chance. He had the keys and I was trapped. There was no Uber service back then, and there was no taxi service.

It was late at night a week before Christmas and there was a blizzard moving in. We already had received a measurable amount of snow, and the roads weren't great. I didn't know what to do. I did not want to be snowed in in this cabin for the weekend. I was terrified. I was locked in a bathroom with a chair jarring the door shut because of how scared I was of the guy I was so

stupidly with. Normally, after these fights, I would call Josh and Josh would just listen. Josh had promised me that if I ever needed anything that he was just a phone call away.

A normal person would call their parents, but mine lived 6 hours away and had expressed serious disappointment in me that I continued to see this guy. At the time I didn't have any bruises, and we were just in the midst of a shouting match, but a distinctly bad one. Calling the cops wouldn't do much for me and they had failed me before, so I wasn't going to waste my time for them failing again. I feared the retaliation of what came after a previous incident. My other friends were drunk according to their social media, so they couldn't be the ones to come get me. According to Josh's social media, he was on a date with a girl that I knew he really liked. I considered calling him, but a girl calling a boy in the middle of a date is a big red flag for the girl, and I didn't want to do that to Josh.

Fearing for my safety and wellbeing, I called Josh anyway, not thinking he would pick up. I figured that if I called and it reached his voicemail, at least I had peace of mind that I tried. But he answered and from the background noise I could tell that he was in the middle of dinner at a restaurant.

In my frantic state I told Josh how sorry I was for interrupting his date but that I needed help, and that I needed to go home but I didn't have my car and I didn't know what to do. When he asked where the cabin was, I told him I was in Bemidji (four hours away from the cities). I heard him tell his date something along the lines of "I have to go pick up Cat, here's cash for dinner, I'll explain later." For some reason her response has stayed in my memory, a young woman strongly said "you're ditching me for another girl?" before Josh gives a strong and quick "yep."

Josh stayed on the phone with me on his entire drive, clearly overhearing the threats from the man I was with. It was around midnight when Josh had arrived. We had devised a plan to get me out of the cabin. Fearing for his own safety, he wasn't going to just approach the man and scoop me up like a superhero movie. Not that he could, Josh has always been undersized for a male, but that's also not to say I didn't want him just to give the finger to the guy.

Josh said he was going to park down the road, run up and ring the doorbell to distract the guy. While the guy answered the door (I would tell him the cops are coming), I would run out the back door and into the woods before meeting Josh at his car. I wasn't exactly fully clothed and it was freezing out. We executed this perfectly, but now had to drive back and the weather wasn't getting any better.

Once in the car, Josh took off his sweater and his jeans for me to wear. He had shorts and a t-shirt in the back from a gym bag that he put on. It is important to this story to say that he didn't have a coat.

On our way back to the cities, there was a series of spinouts. Josh, in his shorts and t-shirt, stopped for a handful of them and offered to dig people out of the ditch they were in if they needed it. I don't remember the specifics of many of these but there is one that stands out out of the five or so that he stopped for. Josh had pulled over to check if everyone was okay, and he came back and took his Garmin GPS unit off the mount, disconnected the charging cord, and grabbed the thick wool blanket he kept in the car in case he got stuck in the snow (normal Minnesota thing). When I asked him what he was doing, he said that the woman was lost. I figured he was going to stay warm while writing down directions for her. But when he returned to the car, he didn't have his GPS or the blanket and just drove away. I saw the glow from the screen in the woman's car as she waved.

When I asked Josh why he did this, he said the woman had been driving from Utah to Northern Wisconsin for Christmas and was going the completely wrong direction. He said that she originally had the directions she had written down on a piece of paper blown away while refueling at a gas station a few hours earlier.

As we continued back to the cities, we talked about the incident that occurred at the cabin. Josh told me that the people we surround ourselves with, the people we date, and how we treat substances is a reflection of our own ego. I struggled with confidence at the time, and I was on a scary path with substance abuse, as many young women do. Josh was always someone that made sure I knew my own worth, and that I could escape my vices. This has stayed with me since, and something I think about regularly.

I haven't used since that night because of the conversation I had with Josh, and I didn't date for a while after that either. I kind of wondered if Josh was interested in me. We would spend some time together and I'd give off certain signals which Josh would either completely miss or ignore, but then would make some interesting remarks later which kind of confused me at the time. It was kind of the classic mixed signals, but in an innocent way. All said, it was okay either way, because I had him as a friend. At the time, he was the most important friend I had.

When I finally went back into the dating pool, I looked for someone who had the qualities of Josh. Someone selfless who would drop anything they were doing to help someone else, even if it has no benefit to them. Someone who blindly gives and gives and gives, but never asks for or expects anything in return. Someone who is gracious but refuses to accept their outstanding acts of service as anything but what anyone else would do.

It took a while, but I eventually met someone who would later become my husband and the father of my children. On our first date, I told him that he reminded me of my friend Josh but

didn't go into details. It's something he teases me about to this day, "is that something Josh would do?" Until my husband read this letter, he never knew what it meant.

A few years ago Josh and I had dinner together before I got married, and shortly after his mom died. We had a lot to catch up on. My first question was about the GPS. I asked him how he got to the restaurant and if he used his GPS that he gave the woman years almost a decade prior. He said no, and said that had actually forgotten about giving the woman the GPS. At first, this surprised me. "Do you just give everyone a GPS?" to which he said no. Josh didn't have a lot back then, and he didn't readily have the means to replace these things, so I wondered if he ever got another. He said that he would write down directions on how to get to places if he needed to.

I later realized the reason that Josh didn't remember the GPS story was because of just the volume of these selfless acts of his. He has impacted countless people's lives, and never asks for anything in return. (He did later ask for the sweater and jeans back the next day.)

That same dinner he described how he took care of his mother for the greater part of the year, and was by her side around the clock for nearly every day from the day she last went into the hospital until she passed away a few months later. At the time I was a nurse, and I even would struggle to visit the same patient every day and watch their condition deteriorate. Josh did that for his mom while cooking her meals at home, managing her medications, and being her voice. He broke down in the private room we were in. There are no words that can define the love that he had for her.

Before we said goodbye that night, I asked him why he's always doing things for others but never for himself. He said that he doesn't want anyone to feel the fear he feels, or struggle the way he has struggled, and that he wants everyone to be in a better place than he's been.

[redacted]

I knew Josh when he made mistakes when as a teenager, and how remorseful he was after that. Those surprised me, because the Josh I knew then was so giving and so caring for others. I was just as surprised to hear Josh had recent legal troubles through a friend, too, because I am confident he continues to do so many things out of the goodness of his heart that go unnoticed. In

fact, if it wasn't for this character letter, written because of his recent legal trouble, this story would have never been told.

If it wasn't for Josh, I wouldn't have met my husband, I wouldn't have my family, and I would not be the person I am today. I would be lost

The number of stories just like this are endless, and it would be as daunting as it would be inspiring to locate every person Josh has selflessly impacted. I hope that the story of how Josh has changed my life and many others is helpful in the court's decision.

I can be reached by email if there are any additional questions.

Sincerely,
Catherine Olson

February 3rd, 2022
Damian Ortiz
Julian Alvarez 1704
Buenos Aires, Argentina

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Damian Ortiz, and I am writing to you from Buenos Aires, Argentina. I am the president of a growing technology consulting company that has 10 employees. I consider Josh to be a mentor and friend.

Josh recently told me about the unauthorized computer access charges he pleaded guilty to and asked if I would be willing to write this character letter on his behalf. I have known Josh since 2016 when we were introduced to each other through an online forum for entrepreneurs. When I heard the news about the case, I couldn't help but feel very sad, since Josh has always been a very honest person to me and someone who is always willing to give people his time no matter how absurd of a conversation or situation.

When we first spoke, I was working a retail job in my town while trying grow what has now become my full-time job. I was struggling to make ends meet while trying to start my own company and support my family. I was working 100 hours a week between the two jobs. In one of my earliest conversations with Josh, he asked what problem I was trying to solve. I explained to him that South America was a growing tech hub and that I wanted to be a part of the outsourcing solution. He asked how he could help. I didn't think he was serious, so I said that I really needed money. When he asked what for I said for a reincorporating as a different business structure, registrations, better company branding, a salesperson, and software for managing contractors as my spreadsheet was getting very tiring to manage. He sent me a link to his calendar to setup a meeting and I thought he was joking again so I told him I couldn't afford his services but that I respect his contributions to the open-source software world. He said it wasn't about me paying him. He wanted to help me.

In our first meeting he introduced me to a logo designer that he had regularly worked with and helped me understand that I didn't need the expensive software I thought I did and saved me thousands of dollars a month by showing me an alternative. We had a meeting the next day and then he helped me build a sales funnel that I could manage myself and sent me money to help me reincorporate my company. I told him that it would be a while before I could pay him back or pay him for his time. He said that he instead accepts payment in kindness to others in need. He had devoted his entire weekend to a person he didn't even know.

A few years later, I wanted to grow my presence in the US. Knowing that Josh had worked in startups for years he was the first person I reached out to without hesitation. Though we had not spoken for a few years he remembered the names of my family members and asked how my dad was doing as he was frequently in the hospital the first time we spoke. Again, he helped me without asking for anything in return.

Over the years I have turned to Josh when I need advice or someone to talk to, whether that is personal life or technology pointers.

Josh has always been open that he is capable of making mistakes. I do not know the extent of them, but I know Josh to be an honest person with only good intentions. We have a saying in Argentina: "Al mejor cazador se le escapa la liebre", that roughly translates to "people can change from mistakes if they are willing to learn". I only know Josh to be a learner, and I hope he can learn from this the way he has learned about all the things he helped me for. I genuinely believe he will make good on his mistakes and make it his purpose to make this world a better place for making them.

I hope this letter provides some positive insight into the type of person that Josh really is, and I trust that it will assist the court in making a fair decision in Josh's case during sentencing.

I can be reached by email (damian@thecloudbull.com) or WhatsApp (+5491125945799) with any questions. Thank you for your time.

Sincerely,

Damian Ortiz

March 4, 2023

Kelly G. Hickey
104 Lighthorse Blvd.
McDonough, GA 30252

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

[redacted]

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. Even though I have only known Josh briefly, I wanted to help. Josh and I have extensively discussed the charges and how he knows operating the streaming site was wrong. I've often teased him about having all the brains in the world but no common sense. Josh is very pure of heart, and it's hard for me to accept the villainized version of him that you see in the media.

[redacted]

[redacted]

I am confident that if given a chance, Josh will continue to use his knowledge and skills for good to help make up for any wrongdoing he has done. I hope my letter will help provide the Courts with a better understanding of Josh's character and heart.

I can be reached by email if there are any additional questions at kgh828@gmail.com or by telephone at (770) 715-7799.

Respectfully,

/s/ *Kelly G. Hickey*

Kelly G. Hickey

/kgh
cc: Josh Streit

March 3rd, 2023
Cale Splatt
3/42 Hallenstein Street
Queenstown, Otago, New Zealand, 9300

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Cale, I live in Queenstown, New Zealand and run my own small business.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh for around 8 years. I was very shocked and disappointed to hear about this, Josh has always been the first to help out and volunteer his time and skills whenever I have asked him for help or advice be it on a personal or professional level. Whenever I felt overwhelmed by a challenging situation, Josh's positivity and level headedness always helped to guide me through it.

When I first met Josh I was feeling quite lost and lacking direction, I had recently decided to leave my home town and I wanted to start my own business which would give me the freedom to travel and work from anywhere I wanted, I knew what I wanted, but had little idea of exactly how to get there. I finally decided to move to New Zealand, and Josh was always there to provide advice, support and encouragement as I tried to create a new life and career in a new country.

One of the things I admire most about Josh is his determination, generosity and can do attitude, I think a great example of this is his website SherlockDNA.com which helps people find their relatives, all for free. I recently discovered that I have a half-brother on my Father's side, and I am currently using SherlockDNA to try to track him down and I am sure there are many others with similar circumstances who would be grateful to have this tool to help them on their journey at no cost.

I believe that Josh has learned from his mistakes and with the support of family and friends will move forward and use his skills in positive way, as he has already shown by creating SherlockDNA while searching for the identity of his Father. In my opinion this is just the beginning of the good that Josh can contribute to society, and I am sure with time there would be many more great and helpful ideas that Josh can bring to life to help others.

I hope that this letter is helpful in showing what kind of person Josh is to me, I value him as a friend and hope that sharing this can help the court come to a decision in regards to Josh's sentencing.

Please contact me via email if there are any additional questions.

Thanks for your time, kind regards,

Cale Splatt

March 4, 2023
Grace Choi
1551 Oak Lawn Ave #287
Dallas, TX 75207

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Grace Choi. I am a young(30 is the new 20!) professional in the financial tech industry hailing from the great state of Texas. Josh told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. I was greatly alarmed to hear that he was in this situation and asked how I could support or help to the best of my abilities. He told me that writing this character letter on his behalf would be helpful. I have known Josh since 2020, when we met through our mutual love for basketball and literature. Josh has always been a quirky, passionate individual who has always cared about my best interests and encouraged me especially as I was stuck in my career.

After getting to know Josh, hearing about his life and reading some of his very eloquent and witty writing samples, I realized how incredibly intelligent Josh was. It was always a joy to talk to him and hear about his various interests in life. At the time we met, it had been the year that the corona virus had effectively shut down the world. I felt stuck (as I'm sure we all did) in life but also in my career. Josh really believed in me and expressed it so matter of factly, I felt super encouraged that someone as smart as Josh thought I could really move forward into greener pastures. Many people will not take the time to review resumes and give constructive criticism, but Josh did. His helpful tips helped me land my dream job.

[redacted]

[redacted]

Sincerely,
Grace

March 4, 2023

Christopher Hessian
2628 Miami Ave
Nashville, TN 37214

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Chris Hessian and I am an audio technician. I am also a friend to Josh.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write a character letter on his behalf. I have known Josh since 2015. We met through our shared love of music and sports. I was saddened to hear about the trouble Josh is in because he has been a close friend to me.

When I relocated from Illinois to Tennessee in 2019, I was making a big leap of faith. I needed help from my friends and family because I didn't have any of either one in the south. I turned to Josh at that time, and he was happy to help me move my belongings south. On top of that, he saw my new apartment was in need of furnishings, but I was not able to get everything I needed on my own. He went shopping with me and helped to furnish my apartment, which I am forever grateful for. He never asked for repayment or anything else, but I hope I can repay his generosity now by expressing how important he has been to me over these years.

I have already seen Josh's meaningful life changes since he has been back home. I believe he will continue to move in the right direction, and put his rare skills to good use. I hope this letter properly expresses my faith in him, and that the story of our friendship can be helpful in your decision.

I can be reached by email if there are any additional questions.

Thank you,
Chris Hessian

March 8th, 2023
Jenna Nguyen
22671 Ironwood Rd
Lakeville, MN 55044

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Jenna Nguyen and I am an Oncology Hospital Unit Coordinator. I have been friends with Josh for over 11 years.

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since 2012 when we first met at a diner and quickly became good friends. Hearing about the case was disappointing because Josh has always been an uplifting person in my life.

Since I have known Josh, he has been consistently generous. I have known him to almost always be working on a project to help someone out, whether to improve their business or give them an opportunity to move forward in their personal life. When I decided to go back to school full time to complete my Bachelor's degree, he gifted me an old computer of his after the COVID-19 pandemic rendered classes to be held entirely online. I had only a barely-functioning computer at the time, so his generosity made all the difference in my education and allowed me to stay on track towards fulfilling my dreams. Even when we were both much younger, he made life a little bit easier by paying for coffee or a movie when I had next to nothing. Josh has never once asked me for, nor expected, anything in return through all these years.

Josh has also spent a lot of time working on himself, and I have had the joy of seeing him grow year after year into a better person. He has always felt remorseful for his mistakes no matter the size, especially if it has affected someone else, and will continually seek to make amends. Recently, he was worried he accidentally insulted my boyfriend, and after the event he followed up with us a few times to make sure everything was genuinely okay. Even though he never actually insulted him, just the possibility was enough to be proactive and ensure things were alright.

[redacted]

When his mom was declining, he spent a lot of his time with her and did his best to help even though I know they had some conflict in the past. His compassion toward her in spite of any past issues really shone through as he focused on caring for her in her final months. Josh has never been one to hold a grudge or act in anger. He has always tried to see the best in others. As such, I have always felt safe around him, because I know he cares and that he will be honest in how he responds, even when it is difficult.

Although Josh is facing these charges, I believe that he will learn from this and in the future find better ways to use his talents and in turn help others. I hope this letter shows what kind of person Josh has been, and that it will be a helpful and effective part of the court's decision.

I can be reached by email if there are any additional questions.

Sincerely,
Jenna Nguyen

February 24th, 2023
Rheanna Demarais
South St Paul, MN 55075

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,
My name is Rheanna Demarais, residing in South St. Paul. I am currently a stay at home mother enjoying the precious time I have with my two children; Mason, 10, and Zeelynn, 8. I am a long time friend to Josh.
Josh recently has made me aware of the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me if I would be able to write a character reference on his behalf, where I more than happily agreed. I have known Josh since 2012, as we met through mutual friends. I was shocked and saddened hearing the news, as it seems like it was something completely out of character for him to do. Josh has always been a patient, caring friend to me and my family. There have been many times in the past decade where he has either been an uplifting positive friend to talk to, reminding me of my self worth, or a friend who went above and beyond what any other friend or family member has done by helping me with school supplies for my son and his entire class.
We became closer friends in March 2013. He was in between living arrangements, waiting for his apartment to open up. My son and I were living with my parents in their home in Farmington, Minnesota. My parents had an extra room for him to stay in for a month. My mom instantly enjoyed having him stay with us just within a few days. She enjoyed having him around not only because he was helpful around the house with asking if she needed an extra hand, but also because of his spunky personality and his witty humor. We spent a lot of time with my family while he stayed with us between playing cards and board games with my mom, and just chatting it up with my grandmother.
While Josh's stay with us, he was also a positive influence on me helping me stay sober from alcohol. We did a lot of fun, sober activities together, moments that I will forever cherish. He took me to my first comedy show, we would go out to eat, and sometimes go to "open homes" during the "Parade of Homes" just to see the different layouts and architecture of the unique homes. The one sober activity I will always be grateful for were the long walks with my son in his stroller and my dog prancing beside us. On these walks, we would have long talks where he helped me see the strength I had within myself to leave an abusive relationship I had with my son's father, coming to the realization to never settle for anything I know I didn't deserve. While we had these talks, he was always patient. He never was irritated or agitated with me being a slow learner. In 2013, I had a traumatic brain injury two years prior, so I was still learning a lot of interpersonal things all over again, where some of my friends would lose their patience with me. Whether I

was having trouble finding the correct word to use, or simply forgetting what basic words meant, all the way to having trouble with cognitive thinking, linking cause and effect, Josh was always patient with me, explaining things til I understood. When I would go to work, Josh would help my mom watch my son whenever she asked. I would come home from work to Josh playing blocks with my son, teaching him colors and shapes.

Throughout the years, as adults' schedules get busy, he was always a good friend that would keep in contact and catch up with. When my brother passed away in the Army, Josh would occasionally check in with me, making sure I was doing alright mentally. Moving forward to summer 2019, I moved into my own place with my kids who were 7 and 5 at the time. After paying the damage deposit, along with first and last month's rent, I was very low on funds as I was in between jobs. Josh came over and noted that the duplex was pretty empty. He helped me with a laundry list of household supplies that I was so grateful for. For the next few days, I would come home to amazon boxes from Josh including but not limited to groceries and hygiene needs, a year supply of allergy medicine, kids tylenol, bedding, pots and pans, batteries, (we all know how kids' toys just aren't the same without working batteries) and my first ever laptop, which really helped out my family during the pandemic quarantine. Not only did he surprise me with all the household goods, but he also bought my son and his entire classroom school supplies. He said at the beginning of every school year, he donates school supplies to a different school, and that it would be fun to donate this year to someone he knows. We were so appreciative, nobody has ever done something like that before for us. My son's teacher was thankful as well, she said nobody has ever helped out like that before. On the first day of school, my son and I showed up with large plastic containers containing approximately 100 folders, 36 notebooks, 48 pens, 100 mechanical pencils, 12 mini white boards with 24 white board markers, 6-3 ring binders, 8 packs of 8 colored markers, 2 packs of 64 different colored markers, 12 packs of 24 colored crayons, 6 large containers of Clorox Wipes, 6 boxes of tissues, countless pink erasers, and a handful of rulers. Any child who was missing something was taken care of because of Josh's generous actions. The teacher kept the extras for the next year, ready to help the next child in need. Just three months later, I had an important surgery on my large intestine. It required me to spend the night in the hospital, which was something I never did by myself. Josh was the only person who made some time in their busy schedule to stop by and visit. It might seem like "no big deal" to some, but to me, it eased a lot of my anxiety and reminded me that even if we don't talk every day, someone was still thinking of me and made time to see me. As for going forward in the matter of the situation brought to our attention today, I believe he can help right his wrongs by continuing to take his therapy as seriously as he has been. I know that he finds a fulfilling enjoyment in learning more about himself, and he finds comfort in understanding things about himself that he may have subconsciously never noticed prior to therapy. I also believe if he keeps doing the things he's been doing to help his community, it will continue to not only give to those who need help, but also ensure a level of gratification to himself knowing he has made a difference in many other lives. We are all human and make mistakes, but what makes a difference is progressing in life by learning from our mistakes. I truly believe Josh made a sincere mistake, I don't think he would have done what he did if he knew it wronged anyone.

I hope that my interpretive letter can shed some light on my perspective of Josh's caring, quirky, helpful, and patient personality. I know that a bunch of words on paper can't fully express

someone's true self or all of their positive attributes, but Josh is one of the rare genuine friends you can find in life.

[redacted]

Rheanna Demarais

March 6, 2023

Brianne Caughy

1107-159 Gardenwood Dr

London, ON, Canada, N6J 4C5

Hon. Andrew L. Carter, Jr.

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Brianne and I am a 41 year old lady with a Bachelors of Microbiology and Immunology from the University of Western Ontario, however, I am currently unemployed and receiving disability for severe and unrelenting migraines. I am an acquaintance of Josh Streit.

I have recently heard of the unauthorized computer access charges Josh pled guilty to in the Southern District of New York and he kindly asked me to write a character reference letter on his behalf. I have known Josh since approximately Summer 2015 and we met through friends of friends at a restaurant in Minnesota. I have stayed in touch with Josh through social media and text/email and I was troubled to hear of his predicament with the law. Josh has always been open and friendly with me, checking in about once a month or so to catch up.

Over time, even though it seems crazy I have grown closer to Josh via online messaging/texting. He informed me of his mother's unfortunate diagnosis when they found out and I was able to be there and listen to him as a caring ear. In many ways I could relate to how Josh was feeling because he was losing the one person who he loved the most and whom he was closest to at the time. He spent many days and nights texting and messaging me about how he was with his mom in the hospital during her last days. My heart went out to him and I told him what a good, loving, caring son he was. He and I both knew his mom probably didn't realize exactly who he was but it was the fact that he was there with so she he wasn't alone that was so special and

meaningful. He really did spend every minute with his mom in the last weeks , and as stressful as it was for him to see her declining, he stayed and held her hand, played music for her, anything he could do to make her comfortable or to possibly smile. Anything to be with her as long as she wasn't alone.

We never really engaged in small talk, which I enjoyed and embraced. I'm not one for small talk either. Oftentimes one of us would jump into a serious issue we were having and go from there. There was no need for small pleasantries or unfruitful conversation. We connected on the fact that we are both a bit different or weird socially. You could say it was an immediate connection of two odd souls on the same page in the same bizarre book; something just clicked between us and the rest was history.

Josh knew I was having issues with frequent and severe migraines which eventually led to me quitting my job. He always heard me complain about what a conflict it was for me to try to work through a migraine and how I put pressure on myself. He told me I was my own worst enemy and to put my health first. I heard similar sentiments from my family and eventually quit my job and went on disability. He was always there to talk to, whether I just needed a shoulder to cry on or a sounding board or I needed advice.

Some would call him quirky, weird, not normal. I however called him a great acquaintance who I could open my heart to and vice versa. We knew each other's hardships and what made our hearts smile. Josh is deep down a good-hearted person who cares for his family and friends. He believes in getting along peacefully.

When I was in need, Josh recognized it and provided me with a new laptop. I never asked for help from him--I often have trouble asking for help from others--however, he recognized that my laptop needed upgrading and surprised me one Christmas with a brand new laptop. I am actually writing to you on said laptop which still works wonderfully.

I believe that Josh will whole-heartedly make up for his poor choices and I can assure you that he regrets his actions. He always means good and never wants to disappoint or let anyone down.

[redacted]

[redacted]

Sincerely,

Brianne Caughy

March 7, 2023
Devon Paige
1130 1st St
Boone, IA, 50036

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

My name is Devon Paige. I am a United States Veteran and a small business owner. I am a longtime friend of Josh's

Josh recently told me about the unauthorized computer access charges he pled guilty to in the Southern District of New York. He asked me to write this character letter on his behalf. I have known Josh since around 2012. We met via the local music scene in Minneapolis. I was very surprised and concerned to learn about Josh's charges

Josh has always been a very positive and helpful person. He has always supported me in my creative and professional endeavors, always coming out to see my DJ sets and tuning in to my video game streams on Twitch. I believe to this day he is my largest donor of all time on my channel. He even helped me to purchase new computer equipment when some of mine needed to be replaced.

I know that Josh is extremely remorseful for his actions and has already taken many steps to move forward in his life in a much healthier way. I hope that my letter has given you a bit more insight into the type of person Josh really is and help sway you toward leniency in your sentencing decision.

Thank you for taking the time to read this

Sincerely,

Devon Paige