UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOSHUA STREIT,<br><br>Defendant. | DECLARATION IN SUPPORT OF A FINAL ORDER OF FORFEITURE<br><br>22 Cr. 350 (ALC) |

I, Dina McLeod, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2. On or about Jul 5, 222, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 19) with respect to JOSHUA STREIT (the "Defendant"), imposing a money judgment in the amount of $500,000.00 in United States currency against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

a. 1 Western Digital 4TB Hard Drive WCC7K0FFL56R;
b. 1 Synology OS 1621XS+2110RVR32GYQQ;
c. 1 Western Digital 4TB Hard Drive WCC4ESPAFEE9;
d. 1 Google Pixel in Incipio Case;
e. 1 Black Samsung 16GB Tablet model SMT560NU;
f. 1 Black Asus Nexus in brown hard case;
g. 1 MicroCenter USB 3SB 32 GB flash drive;

h. 1 Seagate 1000 GB Hard Drive S4YOJG9;
i. 1 Google Pixel;
j. 1 Dark blue and Silver Samsung Galaxy S3 Hex#990002135678932;
k. 1 Black Apple iPhone;
l. 1 Black and Grey Google Pixel;
m. 1 Black and Grey Samsung Galaxy S5 Phone Hex:99000450720336;
n. 1 White Samsung Galaxy S5 Phone Hex:99000447814B77;
o. 1 Lexar 4GB SD Card;
p. 1 Apple Macbook Pro C02K55SZFFT0;
q. 1 HP Protectsmart;
r. 1 Apple Macbook Pro C028G4PMD6M;
s. 1 Apple Macbook Pro C02ZJ4NFMD6N;
t. 1 Apple Macbook Pro C17J2B1NDTY3;
u. 1 Apple Macbook Pro C02X6KAUJG5J;
v. 1 Apple Macbook Pro C02NK69CFD57;
w. 1 Samsung 205 GB SSD 840 Evo;
x. 1 Black Transcend 4GB USB Hard Drive;
y. 1 Lacie 1 TB External Hard Drive NL6G34NR;
z. 1 Apple iPhone in blue case with cord;
aa. 1 Apple Macbook Model A2337 with cord containing Ser No: C0FC10YQ72X;
bb. 1 Apple Macbook Model A2141 with cord containing Ser No: C02DC6Z0MD6T;
cc. 1 Apple iPad with cord containing Ser No: GG7GC373Q16T;
dd. 1 San disk 128 GB USB Drive;
ee. 1 Samsung 500 GB Drive containing unique identifier S3Z1NB1KB18918A;
ff. 1 Samsung 500 GB Drive containing unique identifier S2RAHXAN37916;
gg. 1 Samsung 250 GB Drive containing unique identifier S1DBNSBFA38047K;
hh. 1 Seagate 1TB drive containing unique identifier S4Y08FR4; and
ii. Miscellaneous Computer Drives, consisting of 3 USB Drives, 4 Hard Drives, and 1 SD card

(a. through ii., collectively, the “Specific Property”);

2. The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on November 14, 2023 for thirty (30) consecutive days, through December 13, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court January 26, 2024 (D.E. 43).

3. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

4. The Defendant is the only individual and/or entity known by the Government to have a potential interest in the Specific Property.

5. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

6. No previous application for the relief requested herein has been sought.

Dated: New York, New York
January 26, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _______/s/__________________
Dina McLeod
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-1040